THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
William B. Markley, Jr.,       
Appellant.
 
 
 

Appeal From Oconee County
Deadra L. Jefferson, Circuit Court 
 Judge

Unpublished Opinion No.  2003-UP-206
Submitted January 29, 2003 - Filed March 
 19, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; Solicitor Druanne Dykes White, of Anderson; for Respondents.
 
 
 

PER CURIAM:  William B. Markley appeals 
 his conviction for second-degree criminal sexual conduct with a minor.  Markleys 
 appellate counsel has petitioned to be relieved as counsel, stating he has reviewed 
 the record and has concluded Markleys appeal is without merit.  The issue briefed 
 by counsel concerns whether Markleys guilty plea complied with the mandates 
 set forth in Boykin v. Alabama. [1]   Markley has not filed any documents with this court on his 
 own behalf.
After a review of the record as required 
 by Anders v. California [2] 
 and State v. Williams, [3] we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Markleys appeal 
 and grant counsels petition to be relieved. 
 [4] 
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and SHULER, JJ., concur. 

 
 
 [1]   395 U.S. 238 (1969).

 
 [2]   386 U.S. 738 (1967).

 
 [3]   305 S.C. 116, 406 S.E.2d 357 (1991).

 
 [4]   Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.